**516**

## ORDER

PER CURIAM.

Defendant, Carlos Saddler, appeals from his sentence for murder in the first degree, section 565.021 RSMo 1994 (all further references shall be to RSMo 1994 unless otherwise indicated) and armed criminal action, section 571.015. He was sentenced to life imprisonment without parole for first degree murder and a concurrent term of life imprisonment for armed criminal action. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Vincent Pellitteri, plaintiff, appeals the trial court's grant of summary judgment against him in his action for retaliatory discharge against defendant, Jetstream Systems, Inc. (Jetstream), a subsidiary of defendant Barry–Wehmiller Co. (Wehmiller) (collectively defendants). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties has been provided explaining the reasons for our decision.

---

Vincent **PELLITTERI,**
Plaintiff/Appellant,

v.

**BARRY–WEHMILLER CO., et al., Defendant/Respondent.**

No. 74663.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 9, 1999.

Gerald Leon Warren, Clayton, for plaintiff/appellant.

Harry B. Wilson, David L. Schenberg, Husch & Eppenberger, LLC, St. Louis, for defendant/respondent.

Randall **SHOCHET,** Plaintiff/Appellant,

v.

Terry C. **ALLEN,** Craft, Fridkin & Rhyne, Daniel Barklage, Barklage, Barklage, Heywood & Brett (now known as Barklage, Barklage, Brett, Ohlms & Martin Defendants/Respondents.

No. 74489.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 16, 1999.

